■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM BAGLEY, Appellant, v HORACE ALBAUGH, as Superintendent of Cape Vincent Correctional Facility, et al., Respondents. [718 NYS2d 914] —Judgment unanimously affirmed without costs. Memorandum: Supreme Court properly dismissed the petition seeking a writ of habeas corpus because petitioner is not entitled to immediate release even if his present contentions

have merit (*see, People ex rel. Brown v New York State Div. of Parole*, 70 NY2d 391, 398; *People ex rel. Davila v Herbert*, 258 AD2d 921). "Although this Court has the power to convert a petition for a writ of habeas corpus into a CPLR article 78 petition [citation omitted], [petitioner] has not requested that relief and on this record we do not consider it appropriate" (*People ex rel. Travis v Coombe*, 219 AD2d 881, 882; *see, People ex rel. Johnson v Kracke*, 233 AD2d 943, 944, *lv denied* 89 NY2d 807). (Appeal from Judgment of Supreme Court, Jefferson County, Gilbert, J.—Habeas Corpus.) Present—Pigott, Jr., P. J., Hurlbutt, Kehoe and Lawton, JJ.